**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
GIANT BICYCLE, INC.

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich, SBN 324525
*sbogdanovich@bursor.com*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: 925.300.4455
Fax: 925.407.2700

*Attorneys for Plaintiff*
BRONSON THOMAS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRONSON THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIANT BICYCLE, INC.,<br><br>Defendant. | Case No.: 2:26-cv-01522-GW-DSR<br><br>*Assigned to the Hon. George H. Wu*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current Response Date: 3/18/2026<br>New Response Date:   4/17/2026 |

**TO THE HONORABLE COURT:**

Pursuant to L.R. 7-1 and 8-3, Plaintiff Bronson Thomas ("Plaintiff") and Giant Bicycle, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") by not more than 30 days ("Stipulation"), as follows:

WHEREAS, Plaintiff filed his Complaint against Defendant in this Court on February 12, 2026. *See* Dkt. No. 1.

WHEREAS, Defendant was served with a copy of the Summons and Complaint on February 25, 2026. *See* Dkt. No. 10.

WHEREAS, Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant's deadline to file a responsive pleading is March 18, 2026.

WHEREAS The Parties have conferred and agree, and are stipulating herein pursuant to L.R. 8-3, to an initial 30-day extension of time, to and including April 17, 2026 (*see* Fed. R. Civ. P. 6), for Defendant to serve and file any motions, pleadings, or other filings responsive to Plaintiff's Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1.      Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint shall be extended by thirty days, up to and including **April 17, 2026**; and

2.      By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS SO STIPULATED.**

\\

\\

\\

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 2:26-cv-01522-GW-DSR

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: March 18, 2026          **BURSOR & FISHER, P.A.**


By:  */s/ Stefan Bogdanovich*
     Stefan Bogdanovich

*Attorneys for Plaintiff*
BRONSON THOMAS


Dated: March 18, 2026          **BAKER & HOSTETLER LLP**


By:  */s/ Kamran B. Ahmadian*
     Bethany G. Lukitsch
     Kamran B. Ahmadian

*Attorneys for Defendant*
GIANT BICYCLE, INC.


## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kamran B. Ahmadian*
Kamran B. Ahmadian

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3);
CASE NO. 2:26-cv-01522-GW-DSR