BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRONSON THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIANT BICYCLE, INC.,<br><br>Defendant. | Case No.: CV 26-1522-GW-DSRx<br><br>*Assigned to the Hon. George H. Wu*<br><br>**ORDER RE: THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current Response Date: 5/18/2026<br>New Response Date:    6/17/2026 |

# ORDER

The Court, having reviewed the Third Stipulation to Extend Time to Respond to Complaint ("Stipulation"), jointly filed by Defendant GIANT BICYCLE, INC. ("Defendant") and Plaintiff BRONSON THOMAS ("Plaintiff") (together with Defendant, the "Parties"), and finding good cause therein, **HEREBY ORDERS AS FOLLOWS:**

1. The Stipulation is **GRANTED**; and

2. Defendant's deadline to respond to the Complaint is hereby extended by thirty (30) days, up to and including **June 17, 2026**.

3. **There will be no further extensions granted.**

**IT IS SO ORDERED.**

Dated: May 18, 2026

_____

HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER RE: THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT;
CASE NO. 2:26-cv-01522-GW-DSR

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES