**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRONSON THOMAS, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01522-GW-DSR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. George H. Wu |
| GIANT BICYCLE, INC., | |
| Defendant. | |

Plaintiff Bronson Thomas ("Plaintiff") respectfully submits this Notice of Settlement to inform the Court that the Parties have agreed to a confidential settlement. Plaintiff intends to file a Voluntary Dismissal with Prejudice against Defendant Giant Bicycle, Inc. ("Defendant") within the next 60 days.

Dated: June 17, 2026                    **BURSOR & FISHER, P.A.**


By:   /s/ *Stefan Bogdanovich*

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*

NOTICE OF SETTLEMENT
CASE NO. 2:26-cv-01522-GW-DSR                                        1